IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                     Case No. 6:19-cv-60022

CEDRIC ALLEN WILEY                                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 11, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 47.  Judge Bryant recommends that Plaintiff's Motion to Reduce Sentence (ECF No. 41) be denied.  Plaintiff has not filed objections to the Report and Recommendation.  *See* ECF No. 52. Therefore, upon review, the Court adopts the Report and Recommendation (ECF No. 52) *in toto*. Accordingly, Plaintiff's Motion to Reduce Sentence (ECF No. 41) is **DENIED**.

**IT IS SO ORDERED**, this 15th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge